| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113<br>Telephone: (408) 535-5084 |
| 7 | Fax: (408) 535-5066<br>E-mail: John.Glang@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00090-DLJ |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND []<br>ORDER CONTINUING SENTENCING<br>HEARING DATE |
| MATTHEW AARON VAN NUYS, | ) | |
| Defendant. | ) | |

   IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, October 18, 2012 at 10:00 a.m., be continued and rescheduled for Thursday, January 31, 2013 at 10:00 a.m.

It is so stipulated.

Dated: September 27, 2012           _____/s/_____
                                    JOHN N. GLANG
                                    Assistant United States Attorney
                                    Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**

It is so stipulated:

Dated: September 27, 2012

_____/s/_____
CHESTER J. PHILLIPS
Attorney for Matthew Aaron Van Nuys

### ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, October 18, 2012 at 10:00 a.m. and rescheduled for Thursday, January 31, 2013 at 10:00 a.m.

It is so ORDERED:
Dated: _____

_____
D. LOWELL JENSEN
United States District Judge
Northern District of California