MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5084
Fax: (408) 535-5066
E-mail: John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00090-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ] |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | HEARING DATE |
| MATTHEW AARON VAN NUYS, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, January 31, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, June 6, 2013 at 10:00 a.m.

It is so stipulated.

Dated: January 24, 2013                    _____/s/_____
                                           JOHN N. GLANG
                                           Assistant United States Attorney
                                           Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**

It is so stipulated:

Dated: January 24, 2013                              _____/s/_____
                                                     CHESTER J. PHILLIPS
                                                     Attorney for Matthew Aaron Van Nuys

### ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, January 31, 2013 at 10:00 a.m. and rescheduled for Thursday, June 6, 2013 at 10:00 a.m.

It is so ORDERED:

Dated: _____                              _____
                                                     D. LOWELL JENSEN
                                                     United States District Judge
                                                     Northern District of California

**STIPULATION AND ORDER CONTINUING SENTENCING DATE**
**CR 11-00090-DLJ**                    2