MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

  150 Almaden Boulevard, Suite 900
  San Jose, California 95113
  Telephone: (408) 535-5084
  Fax: (408) 535-5066
  E-mail:  John.Glang@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 11-00090-DLJ |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE |
| MATTHEW AARON VAN NUYS, | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, June 6, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, November 14, 2013 at 10:00 a.m.

It is so stipulated.

Dated:  May 31, 2013                                         _____/s/_____
                                                                                    JOHN N. GLANG
                                                                                    Assistant United States Attorney
                                                                                    Northern District of California

1  It is so stipulated:

2  Dated: May 31, 2013                              _____/s/_____
                                                    CHESTER J. PHILLIPS
3                                                   Attorney for Matthew Aaron Van Nuys

4
                                              ORDER
5
   Based upon the stipulation of the parties and good cause appearing therefor, it is hereby
6
   ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be
7
   continued from Thursday, June 6, 2013 at 10:00 a.m. and rescheduled for Thursday, November
8
   14, 2013 at 10:00 a.m.
9

10

11 It is so ORDERED:

12 Dated: _____Î Đ Ĥ_____                    _____
                                                    D. LOWELL JENSEN
13                                                  United States District Judge
                                                    Northern District of California
14

STIPULATION AND ORDER CONTINUING SENTENCING DATE
CR 11-00090-DLJ                                   2