1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  JOHN N. GLANG (GUAMBN 94012)
   Assistant United States Attorney
5
        150 Almaden Boulevard, Suite 900
6       San Jose, California 95115
        Telephone:  (408) 535-5084
7       Fax:  (408) 535-5066
        E-mail:  john.glang@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13

14  UNITED STATES OF AMERICA,      )   CASE NO. 11-00090-DLJ
                                   )
15          Plaintiff,             )   STIPULATION AND [] ORDER
                                   )   CONTINUING SENTENCING HEARING DATE
16      v.                         )
                                   )
17  MATTHEW AARON VAN NUYS,        )
                                   )
18          Defendant.             )
                                   )
19  _____)

20      IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby

21  ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for

22  Thursday, November 14, 2013 at 10:00 a.m., be continued and rescheduled for Thursday, February 27,

23  2014 at 10:00 a.m.

24  It is so stipulated.

25

26  Dated:  November 5, 2013              _____/s/_____

27                                        JOHN N. GLANG
                                          Assistant United States Attorney
28                                        Northern District of California

   STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
                                          1

1 | It is so stipulated:

2 | Dated:   November 5, 2013

_____/s/_____

CHESTER J. PHILLIPS
Attorney for Matthew Aaron Van Nuys

ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, November 14, 2013 at 10:00 a.m. and rescheduled for Thursday, February 27, 2014 at 10:00 a.m.

It is so ORDERED:

Dated: _____

_____

D. LOWELL JENSEN
United States District Judge
Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
2