MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

*E-FILED - 2/25/14*

JOHN N. GLANG (GUAMBN 94012)
Assistant United States Attorney

   150 Almaden Boulevard, Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5084
   Fax: (408) 535-5066
   E-mail: john.glang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11-00090-DLJ |
| Plaintiff, | STIPULATION AND [ORDER CONTINUING SENTENCING HEARING DATE |
| v. | |
| MATTHEW AARON VAN NUYS, | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, February 27, 2014 at 10:00 a.m., be continued and rescheduled for Thursday, April 3, 2014 at 10:00 a.m.

It is so stipulated.


Dated: February 19, 2014              _____/s/_____
                                                JOHN N. GLANG
                                                Assistant United States Attorney
                                                Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
1

1  It is so stipulated:

2  Dated:  February 19, 2014                             /s/
                                                    CHESTER J. PHILLIPS, JR.
3                                                   Attorney for Matthew Aaron Van Nuys

4

5                                       ORDER

6      Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED

7  that the date for the sentencing hearing of the defendant in the above-entitled case be continued from

8  Thursday, February 27, 2014 at 10:00 a.m. and rescheduled for Thursday, April 3, 2014 at 10:00 a.m.

9

10  It is so ORDERED:

11

12  Dated:  2/25/14
                                                    D. LOWELL JENSEN
13                                                  United States District Judge
                                                    Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
2