| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | J. DOUGLAS WILSON (DCBN 412811)<br>Chief, Criminal Division |
| 4 | JOHN N. GLANG (GUAMBN 94012)<br>Assistant United States Attorney |

150 Almaden Boulevard, Suite 900
San Jose, California 95113
Telephone: (408) 535-5084
Fax: (408) 535-5066
E-mail: john.glang@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | CASE NO. 11-00090-DLJ |
| Plaintiff,                                        ) | STIPULATION AND [] ORDER<br>CONTINUING SENTENCING HEARING DATE |
| v.                                                    ) | |
| MATTHEW AARON VAN NUYS,  ) | |
| Defendant.                                     ) | |

IT IS HEREBY STIPULATED between the parties and based upon such stipulation it is hereby ordered, that the sentencing hearing for the defendant in the above-entitled case, currently scheduled for Thursday, April 3, 2014 at 10:00 a.m., be continued and rescheduled for Thursday, May 1, 2014 at 10:00 a.m.

It is so stipulated.


Dated: March 31, 2014                    _____/s/_____
                                                              JOHN N. GLANG
                                                              Assistant United States Attorney
                                                              Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE

1

It is so stipulated:

Dated: March 31, 2014              _____/s/_____
                                   BRIAN M. WORTHINGTON
                                   Attorney for Matthew Aaron Van Nuys

ORDER

Based upon the stipulation of the parties and good cause appearing therefor, it is hereby ORDERED that the date for the sentencing hearing of the defendant in the above-entitled case be continued from Thursday, April 3, 2014 at 10:00 a.m. and rescheduled for Thursday, May 1, 2014 at 10:00 a.m.

It is so ORDERED:

Dated: _____           _____
                                   D. LOWELL JENSEN
                                   United States District Judge
                                   Northern District of California

STIPULATION AND [] ORDER CONTINUING SENTENCING HEARING DATE
2